## THE LASALLE GLASS COMPANY

*v.*

## ORRIN A. TURNER.

There was no error in this case, and the judgment is affirmed.

APPEAL from the Circuit Court of LaSalle county; the Hon. EDWIN S. LELAND, Judge, presiding.

This was an action of assumpsit brought in the court below by Orrin A. Turner against The LaSalle Glass Company, and a trial resulted in a verdict and judgment for the plaintiff. The defendants appeal.

Messrs. BULL & FOLLETT, for the appellants.

Mr. B. C. COOK, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

In this case, the appellant's counsel has filed no brief.   The assignment of errors directs our attention to no specific ruling of the court upon the evidence, and we find no error in the instructions.

*Judgment affirmed.*